UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

| | |
|---|---|
| Case No. 8:23-cr-00031-FWS-2 | Date: 04/22/2024 |
| Present: The Honorable: Charles F. Eick, U.S. Magistrate Judge | |
| Interpreter N/A | Language N/A |

| Valencia Munroe | 04/22/2024 | Lisa Lindquist |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s)  ✔ Present  In Custody | Attorneys for Defendants:  ✔ Present  CJA |
|---|---|
| Emma Catherine Joseph | Anthony M. Solis |

Proceedings: Arraignment of Defendant and/or   ✔ Assignment of Case   Appointment of Counsel
Initial Appearance

* Defendant states true name is the name on the charging document.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read the charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge Fred W. Slaughter.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 6/18/2024 8:30 AM;
Pre-Trial Conference: 6/6/2024 1:30 PM
* Government counsel provides trial estimate of 3-4 days.
* The parties are referred to Judge Slaughter's Procedures and Schedules page located on the Court's website at www.cacd.uscourts.gov. Judge Slaughter is located in 10D, Santa Ana - Ronald Reagan Federal Building and United States Courthouse, 411 West 4th Street, CA 92701-4516.

cc: PSALA        PSAED        PSASA
    ✔ USMLA      USMED        USMSA
    Statistics Clerk           Interpreter
    CJA Supervising Attorney   Fiscal

Initial Appearance/Appointment of Counsel: 00 : 00
Arraignment: 00 : 05
Initials of Deputy Clerk: VMUN by TRJ